1 | Kent F. Larsen, Esq.
Nevada Bar No. 3463
2 | SMITH LARSEN & WIXOM
Hills Center Business Park
3 | 1935 Village Center Circle
Las Vegas, Nevada 89134
4 | Tel: (702) 252-5002
Fax: (702) 252-5006
5 | Email: kfl@slwlaw.com
Attorneys for Defendant
6 | Select Portfolio Servicing, Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF NEVADA

10

11 | JULIA A. KELLY,                              ) CASE NO.   2:16-cv-00598-JCM-VCF
                                                 )
12 |        Plaintiff,                           )
                                                 )
13 | v.                                          ) STIPULATION AND [PROPOSED]
                                                 ) ORDER EXTENDING DEADLINE FOR
                                                 ) DEFENDANT SELECT PORTFOLIO
14 | BANK OF AMERICA, NATIONAL                   ) SERVICING, INC., TO FILE A RESPONSE
     ASSOCIATION; SELECT PORTFOLIO               ) TO PLAINTIFF'S COMPLAINT
15 | SERVICING, INC.; CHASE MORTGAGE             )
     SERVICES, INC.; EQUIFAX                     ) (First Request)
16 | INFORMATION SERVICES, LLC;                  )
     EXPERIAN INFORMATION SOLUTIONS,             )
17 | INC.,                                       )
            Defendants.                          )
18 | _____    )

19 | Plaintiff Julia A. Kelly ("Plaintiff"), and Defendant Select Portfolio Servicing, Inc. ("SPS"),

20 | by and through their respective undersigned counsel, hereby stipulate as follows:

21

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28

(Left margin: SMITH LARSEN & WIXOM, HILLS CENTER BUSINESS PARK, 1935 VILLAGE CENTER CIRCLE, LAS VEGAS, NV 89134, TEL (702) 252-5002 · FAX (702) 252-5006)

1. SPS shall have through and including **Wednesday, May 4, 2016** to file a response to Plaintiff's Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* | \s\ *Kent F. Larsen,* |
| David Krieger, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 3463 |
| 8985 S. Eastern Avenue, Suite 350 | 1935 Village Center Circle |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89134 |
| Ph: (702) 880-5554 | Ph: (702)252-5002 |
| Fax: (702) 385-5518 | Fax (702) 252-5006 |
| Email: dkrieger@hainesandkrieger.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Julia A. Kelly | Select Portfolio Servicing, Inc. |
| Dated: April 11, 2016 | Dated: April 11, 2016 |

## ORDER

**IT IS SO ORDERED**.

DATED this 11th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE