1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  SMITH LARSEN & WIXOM
   Hills Center Business Park
3  1935 Village Center Circle
   Las Vegas, Nevada 89134
4  Tel: (702) 252-5002
   Fax: (702) 252-5006
5  Email: kfl@slwlaw.com
   Attorneys for Defendant
6  Select Portfolio Servicing, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 JULIA A. KELLY,                    )   CASE NO.   2:16-cv-00598-JCM-VCF
                                      )
12         Plaintiff,                 )
                                      )
13 v.                                 )   STIPULATION AND [PROPOSED]
                                      )   ORDER EXTENDING DEADLINE FOR
14 BANK OF AMERICA, NATIONAL          )   DEFENDANT SELECT PORTFOLIO
   ASSOCIATION; SELECT PORTFOLIO      )   SERVICING, INC., TO FILE A RESPONSE
15 SERVICING, INC.; CHASE MORTGAGE    )   TO PLAINTIFF'S COMPLAINT
   SERVICES, INC.; EQUIFAX            )
16 INFORMATION SERVICES, LLC;         )   (Second Request)
   EXPERIAN INFORMATION SOLUTIONS,    )
17 INC.,                              )
           Defendants.                )
18 _____  )

19         Plaintiff Julia A. Kelly ("Plaintiff"), and Defendant Select Portfolio Servicing, Inc. ("SPS"),

20 by and through their respective undersigned counsel, hereby stipulate as follows:

21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

1. SPS shall have through and including **Wednesday, May 18, 2016** to file a response to Plaintiff's Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may continue to discuss the informal resolution of the claims asserted in this case as against SPS.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *Jennifer Isso* | \s\ *Kent F. Larsen,* |
| David Krieger, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 3463 |
| Jennifer Isso, Esq. | 1935 Village Center Circle |
| Nevada Bar No. 13157 | Las Vegas, Nevada 89134 |
| 8985 S. Eastern Avenue, Suite 350 | Ph: (702)252-5002 |
| Henderson, Nevada 89123 | Fax (702) 252-5006 |
| Ph: (702) 880-5554 | Email: kfl@slwlaw.com |
| Fax: (702) 385-5518 | Attorneys for Defendant |
| Email: dkrieger@hainesandkrieger.com | Select Portfolio Servicing, Inc. |
| Email: jisso@hainesandkrieger.com | |
| Attorneys for Plaintiff | Dated: April 28, 2016 |
| Julia A. Kelly | |

Dated: April 28, 2016

## ORDER

**IT IS SO ORDERED**.

DATED this 29th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE