David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JULIA A. KELLY*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JULIA A. KELLY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; CHASE MORTGAGE SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00598-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EXPERIAN ONLY</u>** |

　　　Plaintiff JULIA A. KELLY and EXPERIAN INFORMATION SOLUTIONS, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     September 20, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Charles Gianelloni, Esq. |
| David H. Krieger, Esq. | Charles Gianelloni, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer L.L.P. |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | *Attorney for Defendant, Experian* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 22, 2016