Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A., incorrectly named as Chase Mortgage Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIA A. KELLY,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; CHASE MORTGAGE SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendants. | CASE NO. 2:16-cv-00598-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF JPMORGAN CHASE BANK, N.A., INCORRECTLY NAMED AS CHASE MORTGAGE SERVICES, INC., ONLY** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Julia A. Kelly ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A., incorrectly named as Chase Mortgage Services, Inc. ("Chase"), by and through their counsel of record, stipulate and agree to dismiss this action with prejudice as to Chase, with each party to bear her or its own attorneys' fees and costs.

DMWEST #14937656 v2

Dated: September 22, 2016

| | |
|---|---|
| BALLARD SPAHR LLP | HAINES & KRIEGER. |
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123 |
| *Attorneys for Defendant JPMorgan Chase, N.A., incorrectly named as Chase Mortgage Services, Inc.* | *Attorneys for Plaintiff Julia A. Kelly* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 26, 2016

2

DMWEST #14937656 v2