Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Select Portfolio Servicing, Inc.

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JULIA A. KELLY,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; CHASE MORTGAGE SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.  2:16-cv-00598-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST SELECT PORTFOLIO SERVICING, INC., WITH PREJUDICE** |

      Plaintiff Julia A. Kelly ("Plaintiff"), and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their respective undersigned counsel, hereby stipulate as follows:

      1.      All claims asserted (or which could have been asserted) by Plaintiff in the above-captioned action as against SPS only shall be dismissed, with prejudice; and,

/ / /

/ / /

/ / /

/ / /

/ / /

2. Plaintiff and SPS shall each bear their own attorneys' fees and costs in connection with the above-captioned action.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* <br> David Krieger, Esq. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br> Ph: (702) 880-5554 <br> Fax: (702) 385-5518 <br> Email: dkrieger@hainesandkrieger.com <br> Attorneys for Plaintiff <br> Julia A. Kelly y <br><br> Dated: November 4, 2016 | \s\ *Kent F. Larsen,* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Ph: (702)252-5002 <br> Fax (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> Select Portfolio Servicing, Inc. <br><br> Dated: November 4, 2016 |

## ORDER

**IT IS SO ORDERED**.

DATED November 9, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE